McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**SEALED** — FILED AUG 03 2018 — CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: COMPLANTS AUTHORIZING ARREST OF:<br><br>Elfego Alcala, Tamilene Cisneros, Aida Corona, Lupita Cisneros | CASE NO. 1:18 MJ 00128 EPG<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

The United States having applied to this Court for an order permitting it to file under seal the complaints and complaint affidavits, and its application to seal in the above-captioned proceedings, and good cause appearing thereof,

IT IS SO ORDERED, that the complaint and complaint affidavit, application to seal and this Order in the above-entitled proceedings, shall remain under seal and shall not be disclosed pending further order of this Court.

Dated: August 6, 2018

_____
The Honorable Erica P. Grosjean
United States Magistrate Judge

SEALING ORDER

1