FILED
AUG 09 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TAMILENE CISNEROS,

    Defendant.

CASE NO. 1:18-MJ-00128-EPG

ORDER TO UNSEAL ~~INDICTMENT~~ Complaint

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Complaint filed on July 2, 2018 be unsealed and become public record.

DATED: 8/9/16

The Honorable Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE